A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RECEIVED**
OCT 25 2017
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

105750
Inmate (DOC) number

LEROY ANTOINE LODGE, ET AL

_____

(Enter above the full name of each plaintiff in this action.)

VERSUS
LIBBY TIGNER, WARDEN;
WILLIAM SALVAGE, ASS. WARDEN; &
JAMES "JIMMY" LEBLANC, SEC. D.O.C. ETAL

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly** **he same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

2

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.**

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
    Plaintiff(s): _____ N/A _____
    _____ N/A _____

    Defendant(s): _____ N/A _____
    _____ N/A _____

2. Court (if federal court, name the district; if state court, name the parish):
    _____ N/A _____

3. Docket number: _____ N/A _____

4. Name of judge to whom case was assigned: _____ N/A _____
    _____ N/A _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
    _____ N/A _____

6. Date of filing lawsuit: _____ N/A _____

7. Date of disposition: _____ N/A _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

3

Yes( )    No(✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_N/A_

II.  Place of present confinement: _River Correctional Center; 26362-HWY 15; Ferriday, La., 71334-0052_

A. Is there a prisoner grievance procedure in this institution? Yes(✓)    No( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes(✓) No( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _Defendant(s) refused acknowledgement of complaint(s) until 09/12/17; wherein, a verbal agreement was that the issues would be addressed and resolved._

2. What steps did you take? _Filled out several complaint/grievance forms which I have copies of that were then deposited into the locked boxes located outside the prison facility's dinning room, at River Correctional Center._

3. What was the result? _No response was given me until 09/12/17, wherein, an agreement was coerced by defendant Salvey, saying he personally would correct and resolve three (3) of plaintiff's complaints; which became a bald face lie to plaintiff._

D. If your answer is No, explain why not: _N/A_

III.  Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Leroy Antoine Lodge, DOC# 105750_
Address _R.C.C., Dorm G bed 38; 26362-Hwy 15; Ferriday, La., 71334-0052_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

4

B. Defendant __Libby Tigner__ is employed as __Warden__ at __River Correctional Center__
__26362 - Hwy 15; Ferriday, Louisiana   71334-0052__

C. Additional Defendants: __William Salvage is employed as Assistant Warden at River Correctional Center  26362 - Hwy 15; Ferriday, Louisiana 71334-0052__

D. Additional Defendants: __James M. LeBlanc is employed as Secretary of Department of Corrections (DOC) Capitol Station Post Office / Box 94304, Baton Rouge, Louisiana 70804-9304__

IV. Statement of Claim
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff contends that all defendants have failed in implementing a grievance procedure at R.C.C., which is in compliance and in accordance with the law as prescribed. Plaintiff avers further that, while housed at R.C.C., plaintiff has set forth meritorious claims for cause of action, which has resulted in the deliberate and intentional denying and delay for review, as well as access to the courts.

Upon arrival at the facility (R.C.C.), all inmates are provided with: River Correctional Center Offenders Disciplinary Rules and Procedures facility Guidelines & Policies, dated June 2016, Libby Tigner - Warden Handbook. Which consist of some thirty-five (35) pages.

In part, pgs. 14,15 states: "River has established a Grievance Procedure. This procedure allows an offender to request a review of his complaint or grievance."

While housed at R.C.C. since arrival on July 24, 2017, plaintiff submitted various request and grievances into the proper designated mail boxes located at the entrance door to the facility's dinning room, properly addressed to the prison's Unit Head Libby Tigner. When confronting Warden Tigner on September 12, 2017, concerning her abandonment of plaintiff's request and grievances; Defendant Tigner's response was, "Allow her to copy the complaints and that she would get on them right away." Well, Defendant Salvage reviewed three (3) of the complaint's copied by the plaintiff on the 09/12/17, then, and swore on corrective the problems complained of. Plaintiff avers even further, that Defendant LeBlanc, is the custodian to whom Orleans Justice Center released plaintiff custody into; furthermore, plaintiff submitted his grievance of the many violations which are prevalent here at R.C.C., directly to the office of defendant LeBlanc, Which has refused acknowledgement, as well as correction to the many violations of State & Federal Constitutions, which are did under color of State law by the defendant(s).

V. Relief.
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

(1) Conduct a thorough and complete investigation into the allegations set forth in this petition (2) Reinstate the three (3) grievances signed on 09/12/17, as being resolved, for review and correction (3) Grant plaintiff's petition in full, awarding declaratory, punitive, mental anguish and court cost; also, any other monetary damages the court deems necessary (4) Allow the petition of offender's to rightfully be joined with plaintiff in this action, which consist of twenty-five (25) other offender's (5) That the sum of $2700 each day be awarded all plaintiff's for each day spent at River Correctional Center (6) Finally, that the facility be closed, for clean-up and adequate training of all its staff.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief maybe granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __21st__ day of __October__, 2017.

_Leroy K. Hodge, DOC# 145252_
Signature of plaintiff(s)