RECEIVED

JUN 2 6 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LEROY ANTOINE LODGE,
Plaintiff

CIVIL ACTION NO. 1:18-CV-248-P

VERSUS

JUDGE DEE D. DRELL

LIBBY TIGNER, ET AL.,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the complaint, filed under 42 U.S.C. § 1983, is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25th day of _____June_____, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE